WILMERHALE

September 16, 2014

**BY ECF AND EMAIL**

Honorable Vincent L. Briccetti
United States District Judge
United States District Court
United States Courthouse
300 Quarropas Street, Room 620
White Plains, New York 10601

Philip D. Anker

+1 212 230 8890 (t)
+1 212 230 8888 (f)
philip.anker@wilmerhale.com

*See Doc. #12.*

APPLICATION DENIED
SO ORDERED:

/s/
Vincent L. Briccetti, U.S.D.J.
Dated: 9/17/2014
White Plains, NY

Re: *BOKF, NA et al v. Momentive Performance Materials Inc. et al.*, Case No. 14-Misc-0303

Dear Judge Briccetti:

    I represent the Appellant BOKF, NA in the above-referenced case. I am submitting this request for permission to allow certain interested parties to listen via teleconference to the hearing that is scheduled for September 22, 2014, at 3:00 p.m.

    In addition to the numerous attorneys working on this matter, there are several holders of the debt who would like to listen to the hearing, as they did with the proceeding before Judge Drain at the bankruptcy court.

    As such, we respectfully request that the Court grant permission for interested parties to listen to the hearing. If this Court approves, we are happy to circulate a dial-in number that all interested parties can use, or follow any other procedures this Court prescribes.

    Thank you for your consideration.

Respectfully submitted,

Philip D. Anker /CMM

Philip D. Anker

cc:    All attorneys of record via email

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 9/17/14*

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing   Berlin   Boston   Brussels   Denver   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington