UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>MPM SILICONES, LLC, *et al.*,[1]<br><br>Debtors. | Case No. 14-mc-0303-VB<br><br>Judge Vincent L. Briccetti |
| BOKF, NA, solely as Trustee for the MPM Escrow LLC and MPM Finance Escrow Corp. 8.875% First Priority Senior Secured Notes due 2020,<br><br>                                 Appellant,<br><br>v.<br><br>MOMENTIVE PERFORMANCE MATERIALS INC., MOMENTIVE PERFORMANCE MATERIALS WORLDWIDE INC., MOMENTIVE PERFORMANCE MATERIALS USA INC., JUNIPER BOND HOLDINGS I LLC, JUNIPER BOND HOLDINGS II LLC, JUNIPER BOND HOLDINGS. III LLC, JUNIPER BOND HOLDINGS IV LLC, MOMENTIVE PERFORMANCE MATERIALS QUARTZ, INC., MPM SILICONES, LLC, MOMENTIVE PERFORMANCE MATERIALS SOUTH AMERICA INC., MOMENTIVE PERFORMANCE MATERIALS CHINA SPY INC.,<br><br>                                 Appellees. | Case No. 14-mc-0303-VB<br><br>**NOTICE OF APPEARANCE** |

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) Juniper Bond Holdings I LLC (9631); (ii) Juniper Bond Holdings II LLC (9692); (iii) Juniper Bond Holdings III LLC (9765); (iv) Juniper Bond Holdings IV LLC (9836); (v) Momentive Performance Materials China SPV Inc. (8469); (vi) Momentive Performance Materials Holdings Inc. (8246); (vii) Momentive Performance Materials Inc. (8297); (viii) Momentive Performance Materials Quartz, Inc. (9929); (ix) Momentive Performance Materials South America Inc. (4895); (x) Momentive Performance Materials USA Inc. (8388); (xi) Momentive Performance Materials Worldwide Inc. (8357); and (xii) MPM Silicones, LLC (5481). The Debtors' executive headquarters are located at 260 Hudson River Road, Waterford, NY 12188.

|  | : |  |
|---|---|---|
|  | : |  |
|  | : |  |
| WILMINGTON TRUST, N.A., solely as Trustee for the Momentive Performance Materials Inc. 10% Senior Secured Notes due 2020, | : : : : | Case No. 14-mc-0303-VB |
|  | : |  |
| Appellant, | : |  |
|  | : |  |
| v. | : |  |
| MOMENTIVE PERFORMANCE MATERIALS INC., MOMENTIVE PERFORMANCE MATERIALS WORLDWIDE INC., MOMENTIVE PERFORMANCE MATERIALS USA INC., JUNIPER BOND HOLDINGS I LLC, JUNIPER BOND HOLDINGS II LLC, JUNIPER BOND HOLDINGS. III LLC, JUNIPER BOND HOLDINGS IV LLC, MOMENTIVE PERFORMANCE MATERIALS QUARTZ, INC., MPM SILICONES, LLC, MOMENTIVE PERFORMANCE MATERIALS SOUTH AMERICA INC., MOMENTIVE PERFORMANCE MATERIALS CHINA SPY INC., | : : : : : : : : : : : : : : : : : |  |
| Appellees. |  |  |

2

PLEASE TAKE NOTICE that Roger Netzer hereby appears as attorney of record for Appellees, and further requests that copies of all papers in this action be served upon him at the office and address set forth below.

Dated: New York, New York
September 22, 2014

WILLKIE FARR & GALLAGHER LLP

By: /s/ Roger Netzer
Roger Netzer

787 Seventh Avenue
New York, NY 10019
(212) 728-8000
rnetzer@willkie.com

*Attorney for Appellees*

To:

| | |
|---|---|
| Philip David Anker, Esq.<br>WILMER CUTLER PICKERING<br> HALE AND DORR LLP (NYC)<br>7 World Trade Center<br>250 Greenwich St.<br>New York, NY 10007<br>Telephone: (212)-230-8800<br><br>*Attorneys for BOKF, NA,*<br> *as first lien trustee* | Dennis F. Dunne, Esq.<br>Michael L. Hirschfeld, Esq.<br>Samuel A. Khalil, Esq.<br>MILBANK, TWEED, HADLEY &<br>McCLOY LLP<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>Telephone: (212) 530-5000<br><br>*Counsel for Ad Hoc Committee of Second*<br>*Lien Noteholders* |

Seth H. Lieberman, Esq.
Patrick Sibley, Esq.
PRYOR CASHMAN LLP
7 Times Square
New York, New York 10036
Telephone: (212) 421-4100

*Attorneys for Wilmington Savings Fund*
*Society,FSB, as successor indenture trustee*

Ira S. Dizengoff, Esq.
Philip C. Dublin, Esq.
Abid Qureshi, Esq.
Deborah J. Newman, Esq.
AKIN GUMP STRAUSS HAUER & FELD
LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000

*Counsel to Apollo Global Management, LLC*
*and certain of its affiliated funds*