UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
In re:                                                        :
                                                              :
MPM Silicones, LLC, et al.,                                   :     **ORDER**
                                                              :
                              Debtors                         :     14 MC 303 (VB)
--------------------------------------------------------------x
BOKF, NA, solely as Trustee for the MPM Escrow                :
LLC and MPM Finance Escrow Corp. 8.875% First                 :
Priority Senior Secured Notes due 2020;                       :
WILMINGTON TRUST, N.A., solely as Trustee for                 :
the Momentive Performance Materials Inc. 10% Senior           :
Secured Notes due 2020,                                       :
                              Appellants,                     :
                                                              :
v.                                                            :
                                                              :
MOMENTIVE PERFORMANCE MATERIALS INC.,                         :
MOMENTIVE PERFORMANCE MATERIALS                               :
WORLDWIDE INC.; MOMENTIVE                                     :
PERFORMANCE MATERIALS USA INC.;                               :
JUNIPER BOND HOLDINGS I LLC; JUNIPER                          :
BOND HOLDINGS II LLC; JUNIPER BOND                            :
HOLDINGS III LLC; JUNIPER BOND HOLDINGS                       :
IV LLC; MOMENTIVE PERFORMANCE                                 :
MATERIALS QUARTZ, INC.; MPM SILICONES,                        :
LLC; MOMENTIVE PERFORMANCE MATERIALS                          :
SOUTH AMERICA INC.; MOMENTIVE                                 :
PERFORMANCE MATERIALS CHINA SPV INC.;                         :
APOLLO GLOBAL MANAGEMENT, LLC; AD                             :
HOC COMMITTEE OF SECOND LIEN                                  :
NOTEHOLDERS,                                                  :
                              Appellees.                      :
--------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/23/14

For the reasons stated on the record at the hearing on September 22, 2014:

1.   The motion of appellants BOKF, NA, in its Capacity as First Lien Trustee, and Wilmington Trust, N.A., in its Capacity as 1.5 Lien Trustee, for a stay or other relief pending appeal (Doc. #1) is DENIED; and

2. The motion of appellants BOKF, NA, in its Capacity as First Lien Trustee, and Wilmington Trust, N.A., in its Capacity as 1.5 Lien Trustee, for Certification of Direct Appeal to the Court of Appeals Pursuant to 28 U.S.C. § 158(d)(2) (Doc. #5) is DENIED.

The Clerk is instructed to terminate the pending motions (Docs. ##1, 5) and close this case.

Dated: September 23, 2014
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge