UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
In re:

MPM Silicones, L.L.C. et al.

                                        Debtor.
----------------------------------------------------------------X
BOKF, NA, et al.                                                                             14 MC 00303 (VB)

                                      Appellant,

                         -against-                                        **JUDGMENT**

Momentive Performance Materials
South America Inc., et al.

                                      Appellees.
----------------------------------------------------------------X

        Appellants having filed Motions for an order (1) for a stay or other relief pending appeal (Doc. #1) and (2) for Certification of Direct Appeal to the Court of Appeals Pursuant to 28 U.S.C. § 158(d)(d), (Doc. #5), and the matter having come before the Honorable Vincent L. Briccetti, and the Court, thereafter, having issued its Order (Doc. #19) denying Appellants' Motions, and instructing the Clerk to close the case, it is,

        **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order, (Doc. #19) dated September 23, 2014, Appellants' Motions (Docs. # 1 and #5) are denied; accordingly, the case is closed.

**Dated:** White Plains, New York
             September 23, 2014

                                                                                 _[signature]_
                                                                            RUBY J. KRAJICK
                                                                            **Clerk of Court**