**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BOKF, NA, solely as Trustee for the MPM Escrow LLC and MPM Finance Escrow Corp. 8.875% First Priority Senior Secured Notes due 2020; WILMINGTON TRUST, N.A., solely as Trustee for the Momentive Performance Materials Inc. 10% Senior Secured Notes due 2020, | Case No. 14-Misc.-0303 |
| Appellants, | Appeal from Chapter 11 Case No. 14-22503 (RDD) Adversary Proceedings No. 14-08227 (RDD) and No. 14-08228 (RDD) |
| v. | |
| MOMENTIVE PERFORMANCE MATERIALS INC., MOMENTIVE PERFORMANCE MATERIALS WORLDWIDE INC., MOMENTIVE PERFORMANCE MATERIALS USA INC., JUNIPER BOND HOLDINGS I LLC, JUNIPER BOND HOLDINGS II LLC, JUNIPER BOND HOLDINGS III LLC, JUNIPER BOND HOLDINGS IV LLC, MOMENTIVE PERFORMANCE MATERIALS QUARTZ, INC., MPM SILICONES, LLC, MOMENTIVE PERFORMANCE MATERIALS SOUTH AMERICA INC., MOMENTIVE PERFORMANCE MATERIALS CHINA SPV INC., APOLLO GLOBAL MANAGEMENT, LLC, AD HOC COMMITTEE OF SECOND LIEN NOTEHOLDERS, | |
| Appellees. | |

**NOTICE OF APPEAL**

BOKF, NA, solely as Trustee for the MPM Escrow LLC and MPM Finance Escrow Corp. 8.875% First Priority Senior Secured Notes due 2020 and WILMINGTON TRUST, N.A., solely as Trustee for the Momentive Performance Materials Inc. 10% Senior Secured Notes due 2020, hereby appeal pursuant to 28 U.S.C. §1292(a) to the United States Court of Appeals for the Second Circuit from the Order (Dkt. No. 19) the District Court for the Southern District of New York entered in this case on September 23, 2014, denying Appellants' motion for a stay or other relief pending appeal.

The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| **Appellants:** | **Attorneys for Appellants:** |
|---|---|
| BOKF, NA, as First Lien Trustee | Michael J. Sage, Brian E. Greer, & Mauricio Espana<br>Dechert LLP<br>1095 Avenue of the Americas<br>New York, NY 10036-6797 |

|  |  |
|---|---|
|  | (212) 698-3500<br><br>G. Eric Brunstad, Jr.<br>Dechert LLP<br>90 State House Square<br>Hartford, Connecticut 06103-3702<br>(860) 524-3999<br><br>Philip D. Anker<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>(212) 230-8800<br><br>William J. Perlstein & Danielle Spinelli<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006<br>(202) 663-6000<br><br>Frederic Dorwart & Samuel S. Ory<br>Frederic Dorwart, Lawyers<br>124 E Fourth St<br>Tulsa, OK 74103-5027<br>(918) 583-9922<br><br>Alan Friedman, Kerri Lyman, & Lori Gauthier<br>Irell & Manella LLP<br>840 Newport Center Dr. Ste. 400<br>Newport Beach, CA 92660-6324<br>(949) 760-5130 |
| Wilmington Trust, N.A., as 1.5 Lien Trustee | Mark R. Somerstein, Mark I. Bane, Michael Winograd, & Brian Rooder<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>(212) 596-9000<br><br>Stephen Moeller-Sally<br>Ropes & Gray LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600<br>(617) 951-7000 |

|  |  |
| --- | --- |
|  | Steven J. Reisman, Michael J. Moscato, & Theresa A. Foudy<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178-0061<br>Telephone: (212) 696-6000 |
| **Appellees:** | **Attorneys for Appellees:** |
| Momentive Performance Materials Inc., et al. | Willkie Farr & Gallagher LLP<br>Matthew Feldman<br>Joseph T. Baio<br>Dan C. Kozusko<br><br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 728-8000<br>Facsimile: (212) 728-8111 |
| Apollo | Ira S. Dizengoff, Philip C. Dublin, Stephen Baldini, Sara Brauner, Brian Carney, Sarah J. Crow, Antonio Delgado, Sam Dostart, Kemoy Foster, Lauren Lifland, Marie-Dumesle Mercier, William Mongan, Deborah Newman, Zeke Pariser, & Jessica Watters<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036-6745<br>(212) 872-1000<br><br>Ashleigh L. Blaylock<br>Akin Gump Strauss Hauer & Feld LLP<br>1333 New Hampshire Ave NW<br>Washington, DC 20036-1564<br>(202) 887-4000 |
| Ad Hoc Committee of Second Lien Noteholders | Dennis F. Dunne, Samuel Khalil, Eric K. Stodola<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005-1413<br>(212) 530-5000 |

Dated: New York, New York
September 23, 2014

                               **WILMER CUTLER PICKERING HALE AND DORR LLP**

By: /s/ Philip D. Anker
Philip D. Anker (No. PA7833)
William J. Perlstein
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8000
Facsimile: (212) 230-8888

Danielle Spinelli
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

**DECHERT LLP**
Michael J. Sage
Brian E. Greer
Mauricio A. España
1095 Avenue of the Americas
New York, New York 10036-6797
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

G. Eric Brunstad, Jr.
90 State House Square
Hartford, Connecticut 06103-3702
Telephone: (860) 524-3999
Facsimile: (860) 524-3930

*Attorneys for BOKF, NA, as First Lien Trustee*

4

**ROPES & GRAY LLP**
Mark R. Somerstein
Mark I. Bane
Michael S. Winograd
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone:  (212) 596-9000
Facsimile:   (212) 596-9090

Stephen Moeller-Sally (*pro hac vice*)
Amanda Phillips
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone:  (617) 951-7000
Facsimile:   (617) 951-7050

*Attorneys for Wilmington Trust,*
*National Association, as Trustee*

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that I have served the foregoing Notice of Appeal with the Clerk of the Court by using the Court's CM/ECF system on September 23, 2014.  I certify that I have served the foregoing Notice of Appeal on counsel of record via first-class mail at the following addresses:

<div style="text-align:center">

Roger Netzer
Matthew A. Feldman
James C. Dugan
Stephen C. Mouritsen
**Willkie Farr and Gallagher, LLP**
787 Seventh Avenue
New York, NY 10019

Philip C. Dublin
Ira S. Dizengoff
Abid Qureshi
Deborah J. Newman
**Akin Gump Strauss Hauer & Feld LLP**
One Bryant Park
New York, NY 10036

Dennis F. Dunne
Michael L. Hirschfeld
Samuel A. Khalil
**Milbank, Tweed, Hadley & McCloy LLP**
1 Chase Manhattan Plaza
New York, NY 10005

Seth H. Lieberman
Patrick Sibley
**Pryor Cashman LLP**
7 Times Square
New York, NY 10036

</div>

By: /s/    Philip D. Anker_____
     Philip D. Anker